UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 01014
    LEONOR IMELDA ALCANTAR
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
    SSN XXX-XX-1875
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/06/06 and confirmed on 06/09/06.

2. The case was dismissed after confirmation, 05/02/2008.

3. The Debtor paid a total of $ 5890.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY HOME LOAN | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY HOME LOAN | SECURED | .00 | .00 | .00 |
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED | .00 | .00 | .00 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 13168.00 | 1477.30 | 3589.94 |
| SMC | UNSECURED | 488.17 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 788.75 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 961.11 | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 838.96 | .00 | .00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | 1890.44 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 10111.48 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 13168.00 | .00 | 15078.91 | .00 | 28246.91 |
| PRINCIPAL PAID | 3589.94 | .00 | .00 | .00 | 3589.94 |
| INTEREST PAID | 1477.30 | .00 | .00 | .00 | 1477.30 |
| TOTAL PAID | 5067.24 | .00 | .00 | .00 | 5067.24 |

The Debtor's attorney, RUDDY MILROY & KING         , was allowed $   2500.00 and was paid $   1050.00  direct and $    593.10  through the plan.

The Trustee received $    229.66 .

Refunds to the Debtor totaled $      .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 08/19/08                          /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
      CASE NO. 06 B 01014 LEONOR IMELDA ALCANTAR
```